UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JAMES E. KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  4:08CV01640 ERW |
| ) | |
| MICHELLE BUTLER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal.  When the Court dismissed this action, it certified in writing that an appeal would not be taken in good faith.  As a result, Court will deny the motion.  See 28 U.S.C. § 1915(a)(3).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to proceed in forma pauperis on appeal is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff shall, within thirty (30) days of the date of this Order, either pay the $455 appellate filing fee or file a motion in the United States Court of Appeals for the Eighth Circuit for leave to proceed in forma pauperis.

**IT IS FURTHER ORDERED** that plaintiff shall file any future documents or pleadings in connection with his appeal directly with the United States Court of Appeals for the Eighth Circuit.

So Ordered this 9th Day of April, 2009.

_E. Richard Webber_
———————————————
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE